**Rickey Ivie (#76864)**
**Jennifer R. Jacobs (#157609)**
**IVIE, McNEILL & WYATT**
A Professional Law Corporation
444 S. Flower Street, Suite 1800
Los Angeles, CA  90071
(213) 489-0028 / (213) 489-0552 Fax
**email:**   rivie@imwlaw.com
              jjacobs@imwlaw.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES**,
**NICKOLAY T. TEOPHILOV, MD**
and **ARTTIE M. JOHNSON**

JS - 6

FILED
CLERK, U.S. DISTRICT COURT

March 31, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PARADISO,<br><br>      Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES;<br>NICKOLAY T. TEOPHILOV, MD;<br>ARTTIE M. JOHNSON,<br><br>      Defendants.<br>_____ | CASE NO. CV 13-00437 SJO (VBKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ALL COUNTY OF LOS ANGELES INDIVIDUAL DEFENDANTS**<br><br>Matter for determination by Hon. S. James Otero |

   Based on the stipulation of the parties and GOOD CAUSE appearing therefore,

   IT IS HEREBY ORDERED that the above-captioned action against Defendants the **COUNTY OF LOS ANGELES**, **NICKOLAY T. TEOPHILOV, M.D.** and **ARTTIE M. JOHNSON**, is dismissed, *with prejudice*, in its entirety.  Each party to bear his/her own costs and fees.  This dismissal does not constitute an adjudication on the merits.

   March 31, 2014

Dated: _____

*S. James Otero* (signature)
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1